| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2016
David J. Bradley, Clerk

EDDIE J. JOHNSON, §
§
    Petitioner, §
§
versus §    CIVIL ACTION H-15-2123
§
WILLIAM STEPHENS, §
§
    Respondent. §

## Order of Adoption

On January 15, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (13). Petitioner filed an objection (14). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Johnson's petition for writ of habeas corpus is denied with prejudice as time-barred.

Signed **February 12**, 2016, at Houston, Texas.

                                                Lynn N. Hughes
                                    United States District Judge